## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | July 6, 2012 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER:** | CV-10-4990 (CBA) |
| **NAME OF CASE:** | YING V. THE CITY OF NEW YORK ET AL |
| **FOR PLAINTIFF(S):** | Rosenberg with plaintiff Ying |
| **FOR DEFENDANT(S):** | Wright & Connell |
| **NEXT CONFERENCE:** | JULY 9, 2012 AT 10:00 A.M., IN-PERSON (See rulings below) |

### RULINGS FROM STATUS CONFERENCE:

The settlement conference held today will reconvene on July 9, 2012 at 10:00 a.m. Plaintiff shall be prepared to state whether she will accept the settlement offered to her today and, if not, whether she will be seeking to discharge her counsel for cause.

(FTR 2:53-3:18; 3:19-3:23; 3:56-3:59)