# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | July 9, 2012 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER:** | CV-10-4990 (CBA) |
| **NAME OF CASE:** | YING V. THE CITY OF NEW YORK ET AL |
| **FOR PLAINTIFF(S):** | Rosenberg with plaintiff Ying |
| **FOR DEFENDANT(S):** | Wright & Connell |
| **NEXT CONFERENCE:** | (See rulings below) |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Case settled. Terms stated on the record. The parties will file an appropriate stipulation discontinuing the case, without prejudice to reopen within four months of the date of the stipulation if the settlement amount has not by then been paid.

(FTR10:09-10:34)