## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | July 30, 2012 |
| **TIME:** | 4:00 P.M. |
| **DOCKET NUMBER:** | CV-10-4990 (CBA) |
| **NAME OF CASE:** | YING -V- CITY OF NEW YORK, ET AL. |
| **FOR PLAINTIFF(S):** | Rosenberg & Borelli |
| **FOR DEFENDANT(S):** | Wright & Connell |
| **NEXT CONFERENCE:** | **AUGUST 2, 2012 AT 11:00 A.M., IN-PERSON** (See rulings below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

The parties will confer on the language discussed at today's conference, and, if they come to a consensus, file a letter with the Court by **9:00 A.M. on THURSDAY, AUGUST 2ND**.

If no agreement can be reached, the parties will meet for a court conference on **AUGUST 2 at 11:00 A.M.** with principals in attendance, including a representative able to sign on behalf of the law firm and a representative from the Office of the Comptroller able to make changes to the agreement and sign on behalf of the State of New York.

**FTR: #3:59-4:21**