STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL: 212-416-6035

August 1, 2012

**VIA ECF**
The Honorable Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Ying v. CUNY, et al.,**
              **10 CV 4990 (CBA) (SMG)**

Your Honor:

    This Office represents Defendants The City University of New York (s/h/a New York City College of Technology), Russell K. Hotzler, and Pamela Brown in the above-referenced action. Pursuant to Your Honor's directive during the telephone conference held on July 30, 2012, we write jointly with Plaintiff's counsel to inform the Court that counsel have conferred on the language in the settlement agreement and have reached an agreement, obviating the need for the conference scheduled for Thursday, August 2, 2012.

    We respectfully request that the Court give the parties sufficient time to exchange the signatures necessary to finalize the agreement and file the stipulation of discontinuance with the Court.

    Thank you for your attention to this matter.

                                   Respectfully submitted,

                                   /s/
                                   Alissa S. Wright
                                   Assistant Attorney General

cc:    David H. Rosenberg, Esq. (via ECF)