UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
VICTORIA YING,

                             Plaintiff,          10 CV 4990
      -against-                         (CBA) (SMG)

THE CITY UNIVERSITY OF NEW
YORK, NEW YORK CITY COLLEGE OF      **STIPULATION AND ORDER OF**
TECHNOLOGY, RUSSELL K. HOTZLER,     **DISCONTINUANCE WITH PREJUDICE**
individually, and PAMELA BROWN,
individually.

                            Defendants.
------------------------------------------------------X

IT IS HEREBY STIPULATED, AGREED and ORDERED by and between the undersigned attorneys for the parties herein that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action and all claims asserted against The City University of New York, New York City College of Technology, Russell K. Hotzler, and Pamela Brown in the above-captioned action are voluntarily dismissed with prejudice as against all parties, provided however, that any party may apply to the Court to have the case reinstated if payment is not made pursuant to the terms of paragraph 2 of the Settlement Agreement are not met within 120 days of the entering of this so-ordered Stipulation and Order on the Court's docket.

Dated: Great Neck, New York                    Dated: New York, New York
       August 6, 2012                              August 15, 2012

LAW OFFICE OF BORRELLI &               ERIC T. SCHNEIDERMAN
ASSOCIATES, P.L.L.C.                        Attorney General for the State of New York
*Attorney for Plaintiff*                          *Attorney for Defendants*

By: _____               By: _____
Michael J. Borrelli, Esq.                        Alissa S. Wright, Esq.
1010 Northern Boulevard, Suite 328        Assistant Attorney General
Great Neck, NY 11021                       120 Broadway, 24th Floor
(516) 248-5550                                      New York, New York 10271
                                                      (212) 416-6035

SO ORDERED:
/s/ Carol B. Amon

_____
The Honorable Carol Bagley Amon
United States District Judge
Dated: Aug. 15, 2012

**CV-10-4990 (CBA)**
**Stipulation and Order of Discontinuance with Prejudice**